IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. NORMAN HOFFMAN, II and
DEBORAH A. HOFFMAN,

    Plaintiffs,

  v.

WELLS FARGO BANK N.A.,
WACHOVIA MORTGAGE, FSB,
WORLD SAVING BANK, FSB, and
NDEX WEST, LLC.

    Defendants.
                              /

No. C 11-04721 WHA

**ORDER TO SHOW CAUSE**

On October 12, 2011, defendants Wells Fargo Bank, N.A., Wachovia Mortgage, FSB, and World Savings Bank, FSB, renoticed their motion to dismiss plaintiffs' complaint. Response was due October 26, 2011. Plaintiffs failed to respond. Plaintiffs are ordered to show cause why this case should not be dismissed for failure to prosecute. A response to the order is due **BY NOON ON OCTOBER 31, 2011**.

**IT IS SO ORDERED.**

Dated: October 28, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE