IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. NORMAN HOFFMAN II and<br>DEBORAH A. HOFFMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK N.A.,<br>WACHOVIA MORTGAGE, FSB,<br>WORLD SAVING BANK, FSB, and<br>NDEX WEST, LLC,<br><br>    Defendant.<br>_____/ | No. C 11-04721 WHA<br><br>**ORDER VACATING HEARING** |

On October 12, 2011, defendants Wells Fargo Bank, N.A., Wachovia Mortgage, FSB, and World Savings Bank, FSB, renoticed their motion to dismiss plaintiffs' complaint. Response was due October 26, 2011. Plaintiffs failed to respond. Plaintiffs were ordered to show cause why this case should not be dismisses for failure to prosecute by noon on October 31 (Dkt. No. 13). No response was filed. An order will issue without a hearing. The hearing scheduled for November 17, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: November 1, 2011.

                                                 WILLIAM ALSUP<br>                                               UNITED STATES DISTRICT JUDGE