United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. NORMAN HOFFMAN, II and DEBORAH A. HOFFMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK N.A., WACHOVIA MORTGAGE, FSB, WORLD SAVINGS BANK, and NDEX WEST, LLC,<br><br>    Defendants.<br>_____/ | No. C 11-04721 WHA<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

       In September 2011, plaintiffs E. Norman Hoffman, II and Deborah A. Hoffman filed a complaint asserting ten claims related to a foreclosure. Defendants removed this action. Defendants then filed a motion to dismiss all claims.

       Pursuant to Local Rule 7-3, plaintiffs should have filed a brief in opposition to the motion by October 26, but they did not file an opposition or statement of non-opposition. Plaintiffs were ordered to show cause by October 31 why this case should not be dismissed for failure to prosecute, but they did not respond.

Because plaintiffs have failed to respond to deadlines governing this action, the case is **DISMISSED WITHOUT LEAVE TO AMEND** for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California